UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK ANDREW KALINA, *pro se,*

    Plaintiff,

v.                                      Case No:  8:11-CV-98-T-30TGW

UNITED STATES, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #16). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #16) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2. The Complaint is DISMISSED for failure to state a claim upon which relief may be granted and for Plaintiff's failure to file the Complaint within the time limitation mandated by the Federal Tort Claims Act.

3. The Clerk is directed to terminate any pending motions and CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2011\11-cv-98.adopt 16.wpd