## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARK ANDREW KALINA, *pro se,*

    Plaintiff,

v.                                            Case No:  8:11-CV-98-T-30TGW

UNITED STATES, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon Plaintiff's Objections (Dkt. #18) to the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #16). The Court's Order approving the Magistrate Judge's Report and Recommendation (Dkt. #17) was docketed prior to its receipt and review of Plaintiff's Objections, which were docketed on the same day.

After careful consideration of the Plaintiff's Objections, the Court concludes that its prior Order adopting, confirming, and approving the Magistrate Judge's Report and Recommendation (Dkt. #17) should remain unaltered. Specifically, Plaintiff's Objections do not change the Court's holding.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2011.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2011\11-cv-98.object 18.wpd